# EXHIBIT B

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
ALEKSANDR J. YARMOLINETS (276707)
501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
ayarmolinets@bholaw.com

ROBBINS LLP
KEVIN A. SEELY (199982)
STEVEN M. MCKANY (271405)
DARNELL R. DONAHUE (281926)
5040 Shoreham Place
San Diego, CA  92122
Tel: 619/525-3990
619/525-3991 (fax)
kseely@robbinsllp.com
smckany@robbinsllp.com
ddonahue@robbinsllp.com

Attorneys for Plaintiff and the Class

ELECTRONICALLY
**F I L E D**
*Superior Court of California,
County of San Francisco*

**07/07/2020**
**Clerk of the Court**
BY: JUDITH NUNEZ
Deputy Clerk

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN FRANCISCO

| | |
|---|---|
| ROBERT WRIGHT, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES SCHWAB & CO., INC.,<br><br>Defendant. | Case No. CGC-20-585092<br><br>Assigned for All Purposes to<br>Honorable<br>Complex Department<br><br>**PROOF OF SERVICE OF SUMMONS, CLASS ACTION COMPLAINT, CIVIL CASE COVER SHEET, ADR INFORMATION PACKAGE, AND NOTICE TO PLAINTIFF RE CASE MANAGEMENT CONFERENCE**<br><br>**CLASS ACTION**<br><br>Complaint Filed:   June 23, 2020<br>Trial Date:             Not Set<br><br>**JURY TRIAL DEMANDED** |

Case No. CGC-20-585092

PROOF OF SERVICE OF SUMMONS AND COMPLAINT

00165268

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Timothy Blood, 149343<br>Blood Hurst & O'Reardon LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>   TELEPHONE NO.: (619) 338-1100<br>ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>Superior Court of California, San Francisco County<br>400 McAllister Street<br>San Francisco, CA 94102 | |
| PLAINTIFF/PETITIONER: Robert Wright, on behalf of himself, et al<br>DEFENDANT/RESPONDENT: Charles Schwab & Co., Inc., et al. | CASE NUMBER:<br>CGC-20-585092 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>22720-01 Schwab 2020 |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action. **BY FAX**
2. I served copies of:

Summons, Class Action Complaint, Civil Case Cover Sheet, Alternative Dispute Resolution Information Package, Notice to Plaintiff re Case Management Conference

3. a. Party served: Charles Schwab & Co., Inc.

   b. Person Served: Daisy Montenegro - CT Corporation System - Person Authorized to Accept Service of Process

4. Address where the party was served: 818 West Seventh Street, Suite 930
   Los Angeles, CA 90017
5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 07/02/2020   (2) at (time): 1:50PM
6. The "Notice to the Person Served" (on the summons) was completed as follows:

   d. on behalf of:

   Charles Schwab & Co., Inc.
   under: CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:       Jessica Brown
   b. Address:    One Legal - P-000618-Sonoma
                  1400 North McDowell Blvd, Ste 300
                  Petaluma, CA 94954

   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 40.00
   e I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 2019217220
         (iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 07/02/2020

Jessica Brown
(NAME OF PERSON WHO SERVED PAPERS)                                     (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010                    **PROOF OF SERVICE OF SUMMONS**           Code of Civil Procedure, § 417.10
[Rev. Jan 1, 2007]                                                                                  OL# 14861082

Dated: July 7, 2020

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
ALEKSANDR J. YARMOLINETS (276707)

By:  *s/ Timothy G. Blood*
TIMOTHY G. BLOOD

501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
ayarmolinets@bholaw.com

ROBBINS LLP
KEVIN A. SEELY (199982)
STEVEN M. MCKANY (271405)
DARNELL R. DONAHUE (281926)
5040 Shoreham Place
San Diego, CA 92122
Tel: 619/525-3990
619/525-3991 (fax)
kseely@robbinsllp.com
smckany@robbinsllp.com
ddonahue@robbinsllp.com

*Attorneys for Plaintiff*

Case No. CGC-20-585092

PROOF OF SERVICE OF SUMMONS AND COMPLAINT

00165268