| | |
|---|---|
| DANIEL M. PETROCELLI (S.B. #97802) <br> dpetrocelli@omm.com <br> O'MELVENY & MYERS LLP <br> 1999 Avenue of the Stars, 8th Floor <br> Los Angeles, California  90067-6035 <br> Telephone:  +1 310 553 6700 <br> Facsimile:  +1 310 246 6779 | LOWELL HAKY (S.B. #178526) <br> lowell.haky@schwab.com <br> CHARLES SCHWAB & CO., INC. <br> Corporate Legal Services <br> 211 Main St. <br> San Francisco, CA 94105 <br> Telephone:  +1 415 667 1009 |
| MATTHEW D. POWERS (S.B. #212682) <br> mpowers@omm.com <br> E. CLAY MARQUEZ (S.B. #268424) <br> cmarquez@omm.com <br> ERIC A. ORMSBY (S.B. #316956) <br> eormsby@omm.com <br> O'MELVENY & MYERS LLP <br> Two Embarcadero Center, 28th Floor <br> San Francisco, California  94111-3823 <br> Telephone:  +1 415 984 8700 <br> Facsimile:  +1 415 984 8701 | GARRETT R. WYNNE (S.B. #220665) <br> garrett.wynne@schwab.com <br> ADAM BROWN (*pro hac vice* pending) <br> adam.brown@schwab.com <br> CHARLES SCHWAB & CO., INC. <br> Corporate Legal Services <br> 9800 Schwab Way <br> Lone Tree, CO  80124 <br> Telephone:  +1 720 418 5398 |

*Attorneys for Defendant Charles Schwab & Co., Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| ROBERT WRIGHT, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CHARLES SCHWAB & CO., INC., <br><br> Defendant. | Case No. 3:20-cv-05281 <br><br> **DECLARATION OF SANDER TEXEL IN SUPPORT OF DEFENDANT CHARLES SCHWAB & CO., INC.'S NOTICE OF REMOVAL** <br><br> [Removed from San Francisco Superior Court Case No. CGC-20-585092] |

I, Sander Texel, declare as follows:

1. I am employed by Charles Schwab & Co., Inc. ("Schwab") as a Senior Team Manager. I have been employed in various positions by Schwab for six years. I make this declaration in support of Schwab's Notice of Removal. I have personal knowledge of the following facts and, if called as a witness, I could and would testify to them under oath.

2. Schwab is a registered broker-dealer with the U.S. Security and Exchange Commission in all fifty states and is a member of the Financial Industry Regulatory Authority, Inc. (FINRA). Schwab offers investment products and services, including online brokerage accounts, to retail customers throughout the United States.

3. In order to register for an account, Schwab customers must provide certain basic information, including the state in which they reside. Schwab maintains this information in the normal course of its business.

4. I have reviewed Schwab's internal records regarding the residences of its retail brokerage account holders. Based on that review, I understand that for customers who reside in the United States as of June 30, 2020, approximately 23% of Schwab retail brokerage clients were located in California. The remaining 77% of Schwab clients reside in other states and/or territories.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on July 31, 2020, in San Francisco, California.

Sander Texel