| | |
|---|---|
| 1 | ROBBINS LLP |
| | KEVIN A. SEELY (199982) |
| 2 | STEVEN M. MCKANY (271405) |
| | 5040 Shoreham Place |
| 3 | San Diego, CA 92122 |
| | Tel: 619/525-3990 |
| 4 | 619/525-3991 (fax) |
| | kseely@robbinsllp.com |
| 5 | smckany@robbinsllp.com |
| | |
| 6 | BLOOD HURST & O'REARDON, LLP |
| | TIMOTHY G. BLOOD (149343) |
| 7 | THOMAS J. O'REARDON II (247952) |
| | ALEKSANDR J. YARMOLINETS (276707) |
| 8 | 501 West Broadway, Suite 1490 |
| | San Diego, CA 92101 |
| 9 | Tel: 619/338-1100 |
| | 619/338-1101 (fax) |
| 10 | tblood@bholaw.com |
| | toreardon@bholaw.com |
| 11 | ayarmolinets@bholaw.com |
| | |
| 12 | Attorneys for Plaintiff and the Class |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT WRIGHT, on Behalf of Himself and All Others Similarly Situated, | Case No. 3:20-cv-05281 |
| Plaintiff, | CLASS ACTION |
| v. | NOTICE OF CHANGE IN COUNSEL |
| CHARLES SCHWAB & CO., INC., | |
| Defendant. | |

Case No. 3:20-cv-05281

NOTICE OF CHANGE IN COUNSEL

1  TO:    THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE, pursuant to Civil Local Rule 5-1(c)(2)(C), that effective July 10,

3  2020, Darnell R. Donahue is no longer employed at Robbins LLP and is hereby withdrawn as counsel

4  on behalf of plaintiff Robert Wright.

5  Kevin A. Seely and Steven M. McKany of Robbins LLP, and Timothy G. Blood, Thomas J.

6  O'Reardon II, and Aleksandr J. Yarmolinets of Blood Hurst & O'Reardon, LLP will continue to serve

7  as counsel of record for plaintiff Robert Wright. Notice of further proceedings in this action, as well

8  as copies of all pleadings and other filings should continue to be directed to Steven M. McKany,

9  Kevin A. Seely, Timothy G. Blood, Thomas J. O'Reardon II, and Aleksandr J. Yarmolinets.

Dated: August 10, 2020

| | |
|---|---|
| | ROBBINS LLP<br>KEVIN A. SEELY (199982)<br>STEVEN M. MCKANY (271405) |
| | By:    *s/ Steven McKany*<br>        STEVEN MCKANY<br>5040 Shoreham Place<br>San Diego, CA  92122<br>Tel: 619/525-3990<br>619/525-3991  (fax)<br>kseely@robbinsllp.com<br>smckany@robbinsllp.com |
| | BLOOD HURST & O'REARDON, LLP<br>TIMOTHY G. BLOOD (149343)<br>THOMAS J. O'REARDON II (247952)<br>ALEKSANDR J. YARMOLINETS (276707)<br>501 West Broadway, Suite 1490<br>San Diego, CA  92101<br>Tel: 619/338-1100<br>619/338-1101  (fax)<br>tblood@bholaw.com<br>toreardon@bholaw.com<br>ayarmolinets@bholaw.com |
| | *Attorneys for Plaintiff* |

1466637

Case No. 3:20-cv-05281

NOTICE OF CHANGE IN COUNSEL