UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| ROBERT WRIGHT, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES SCHWAB & CO., INC.,<br><br>Defendant. | Case No. 20-cv-05281-LB<br><br>**JUDGMENT** |

On December 31, 2022, the court granted the defendant's motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of the defendant and against the plaintiff. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: December 31, 2022

LAUREL BEELER
United States Magistrate Judge

JUDGMENT – No. 20-cv-05281-LB